UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: James F. Gordon and
Catherine A. Gordon;
Debtors.
_____/

Case No.: 8:17-bk-10245-MGW
Chapter 13

**DEBTORS' MOTION TO DETERMINE
SECURED STATUS OF DITECH FINANCIAL LLC (Re: Claim No. 5)**

> **NOTICE OF OPPORTUNITY TO
> OBJECT AND REQUEST FOR HEARING**
>
> **Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**
>
> **If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 801 N. Florida Ave., Suite 555, Tampa, FL 33602 and serve a copy on the movant's attorney, Christopher M. Hittel, Esq., Hittel Law, P.A., 333 6th Avenue West, Bradenton, FL 34205, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**
>
> **If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

Debtors, James F. Gordon and Catherine A. Gordon, by and through the undersigned attorney, move to determine the secured status of Claim No. 5 by Ditech Financial LLC ("Creditor"), and further state as follows:

1. This Chapter 13 case was filed on December 11, 2017.

2. Creditor filed **Claim No. 5** ("the claim") on January 30, 2018 in the amount of **$76,032.86**, listing as security for the claim a **1999 Skyline Concept 2000 modular home** ("the collateral") owned by the Debtors (Ditech Financial LLC Account No: **\*\*9952**; VIN: **9D630402LA**; Title No: 79416724.)

3.      Debtor believes that the value of the collateral is **$21,364.26**, as evidenced by the NADA value report attached hereto as Exhibit '1'.

4.      The claim should be treated as secured only to the extent of the value of the lien, which, in this case, is the value of the collateral. 11 U.S.C. §§506; 11 U.S.C. 1322(b)(2); Fed. R. Bank. P. 3012.

**WHEREFORE**, Debtor requests that the Court enter an Order holding that (1) the value of the collateral is $21,364.26; (2) that Creditor's claim is secured only to the extent of $21,364.26 and that the remainder of the claim is to be treated as unsecured; and (3) that title to the collateral shall be released upon payment in full of the secured claim and the Debtors receiving a discharge under Chapter 13 in this case.

**DATED** this 28th day of February, 2018.

**CERTIFICATE OF SERVICE**

The undersigned attorney for the Debtors hereby certifies that on this 28th day of February, 2018, the foregoing was furnished via ECF Notification to Kelly Remick, Chapter 13 Trustee, and to the United States Trustee, and was furnished via US Mail to the Debtors, James F. Gordon and Catherine A. Gordon, to 12604 Glenna Avenue, Tampa, FL, 33635, and to Creditor, Ditech Financial, LLC, c/o Evan S. Singer, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 (Local Rule 3007-1(b)(2)) and c/o Anthony Renzi, President, 1100 Virginia Drive, Suite 100, Fort Washington, PA 19034 (Fed. R. Bankr. P. 7004).

/s/ Christopher Mat Hittel
Christopher Mat Hittel, Esq.
Fla. Bar No. 696048
HITTEL LAW, P.A.
333 6th Avenue West
Bradenton, FL 34205
Phone: (941)746-7777
Fax: (941) 746-1133
service@hittellaw.com

# Exhibit 1:

# NADA Value Report—

# 1999 Skyline Concept 2000 Modular Home



# NADAguides.com Value Report

| Reference Number | 401510 | Edition | Nov-Dec 2017 | | Date | 11/06/2017 |
|---|---|---|---|---|---|---|

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 1999 | SKYLINE | CONCEPT 2000 | FL | SA |

Floor Areas: Triple-Wide

| | Width | Length | Total Value |
|---|---|---|---|
| Main Floor Area: | 40 x | 58 | $19,545.22 |

| | | | |
|---|---|---|---|
| **1.** | **Base Structure Value** | | **$19,545.22** |
| 2. | State Location Adjustment | x | 102 % |
| 3. | Total Guide Book Retail Value (in average condition) | | $19,936.12 |
| 4. | Condition Adjustment Selected: Fair | x | 77 % |
| 5. | Condition Adjusted Value | | $15,350.82 |
| **6.** | **Total Adjusted Value of Home** | | **$15,350.82** |
| 7. | Total Additional Features | + | $6,013.44 |
| **8.** | **Total Adjusted (Retail) Value of Home and Optional Equipment** | | **$21,364.26** |

Comments: This value report was produced by using NADAguides.com's Manufactured Housing Online Request Form. This is an automated valuation tool that generates value reports based on user-selected home criteria.

The value indication of this value report represents the depreciated replacement cost of the home and added features in retail dollars, and does not include adjustments for land, community "in place location value", or local market comparable sales.

Disclaimer

All values and related content contained within this National Appraisal Guides, Inc. product are the opinions of National Appraisal Guides, Inc. editorial staff and may vary from home to home. Valuations will vary depending on market conditions, home condition, specifications or other circumstances that may be particular to a home transaction or parties involved with the transaction. National Appraisal Guides, Inc. values and products may not be copied or reproduced, nor distributed for reasons that may exploit the information content or the company. National Appraisal Guides, Inc., its subsidiaries and affiliated entities, make no warranty express or implied, including without limitation, any warranty of merchantability or fitness for a particular purpose and they assume no responsibility for the accuracy of the values or other information published herein. National Appraisal Guides, Inc., its subsidiaries and affiliated entities, will not be liable for any special, incidental or consequential damages resulting from any use of this value report, including, without limitation, lost profits. No part of this report may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording or otherwise without prior written permission of National Appraisal Guides, Inc.

Copyright © 2017 National Appraisal Guides Inc. All rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.

# NADAguides.com Value Report



| Reference Number | 401510 | Edition | Nov-Dec 2017 | | Date | 11/06/2017 |
|---|---|---|---|---|---|---|
| **Year Mfg'd** | **Manufacturer** | | **Trade Name** | | **State** | **Region** |
| 1999 | SKYLINE | | CONCEPT 2000 | | FL | SA |

**ADDITIONAL FEATURES**

| Description | Quantity | Unit of Measure | Age | Unit Price | Total Value |
|---|---|---|---|---|---|
| **Components** | | | | | |
| BATH FIXTURES | | | | | |
| Fiberglass Shower Stall | 1 | ea. | 5+ Yrs | $136.00 | $136.00 |
| Garden Tub (Skirted) | 1 | ea. | 5+ Yrs | $226.00 | $226.00 |
| Fiberglass Tub - Combo | 1 | ea. | 5+ Yrs | $191.00 | $191.00 |
| Total BATH FIXTURES | | | | | $553.00 |
| DOORS | | | | | |
| Sliding Glass Door (6' x 6') | 1 | ea. | 5+ Yrs | $159.00 | $159.00 |
| Total DOORS | | | | | $159.00 |
| ELECTRICAL | | | | | |
| Electric Home - Total | 1 | ea. | 5+ Yrs | $363.00 | $363.00 |
| Total ELECTRICAL | | | | | $363.00 |
| EXTERIOR | | | | | |
| Dormer | 2 | ea. | 5+ Yrs | $214.00 | $428.00 |
| Total EXTERIOR | | | | | $428.00 |
| FAN | | | | | |
| Ceiling Paddle Fan | 3 | ea. | 5+ Yrs | $78.00 | $234.00 |
| Total FAN | | | | | $234.00 |
| HOUSE TYPE ROOFING | | | | | |
| Multi-wide | 1 | home | 5+ Yrs | $617.00 | $617.00 |
| Third/Tag-A-Long Section | 1 | home | 5+ Yrs | $105.00 | $105.00 |
| Total HOUSE TYPE ROOFING | | | | | $722.00 |
| HOUSE TYPE SIDING | | | | | |
| Multi-wide | 1 | home | 5+ Yrs | $661.00 | $661.00 |
| Third/Tag-A-Long Section | 1 | home | 5+ Yrs | $93.00 | $93.00 |
| Total HOUSE TYPE SIDING | | | | | $754.00 |

Copyright © 2017 National Appraisal Guides Inc. All rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.



# NADAguides.com Value Report

| Reference Number | 401510 | Edition | Nov-Dec 2017 | Date | 11/06/2017 |

| Year Mfg'd | Manufacturer | Trade Name | State | Region |
|---|---|---|---|---|
| 1999 | SKYLINE | CONCEPT 2000 | FL | SA |

**Components**

| | | | | | |
|---|---|---|---|---|---|
| KITCHEN APPLIANCES | | | | | |
| 18 CF Refrigerator | 1 | ea. | 5+ Yrs | $315.00 | $315.00 |
| Dishwasher | 1 | ea. | 5+ Yrs | $177.00 | $177.00 |
| Garbage Disposal | 1 | ea. | 5+ Yrs | $37.00 | $37.00 |
| Total KITCHEN APPLIANCES | | | | | $529.00 |
| MISCELLANEOUS | | | | | |
| Fireplace (Permanent) | 1 | ea. | 5+ Yrs | $762.00 | $762.00 |
| Total MISCELLANEOUS | | | | | $762.00 |
| **Total Components** | | | | | **$4,504.00** |

**Accessories**

| | | | | | |
|---|---|---|---|---|---|
| CENTRAL AIR CONDITIONING SYSTEM (By Ton, 12,000 BTU = 1 Ton) | | | | | |
| 5 Ton Electric | 1 | ea. | 5+ Yrs | $1,090.00 | $1,090.00 |
| Total CENTRAL AIR CONDITIONING SYSTEM (By Ton, 12,000 BTU = 1 Ton) | | | | | $1,090.00 |
| SKIRTING TO 30" HIGH (Measure Around Perimeter) | | | | | |
| Metal or Vinyl (Vertical) | 196 | lin. ft. | 5+ Yrs | $2.14 | $419.44 |
| Total SKIRTING TO 30" HIGH (Measure Around Perimeter) | | | | | $419.44 |
| **Total Accessories** | | | | | **$1,509.44** |
| **Total Additional Features** | | | | | **$6,013.44** |

Copyright © 2017 National Appraisal Guides Inc. All rights reserved. National Appraisal Guides, Inc. is a strategic ally of J.D. Power and Associates. © J.D. Power and Associates 2017, all rights reserved.