ORDERED.

Dated: April 04, 2018

*Michael G. Williamson*
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re: James F. Gordon and                       Case No.: 8:17-bk-10245-MGW
Catherine A. Gordon;                             Chapter 13
Debtors.
_____/

**ORDER GRANTING DEBTORS' MOTION TO DETERMINE
SECURED STATUS OF DITECH FINANCIAL LLC (Re: Claim No. 5)**

THIS CASE came on for consideration on the Debtor's Motion to Determine Secured Status of Ditech Financial LLC (Re: Claim No. 5) (Doc. 20) pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requesting in the Motion by any party in interest, deems the Motion to be uncontested.

Accordingly, it is hereby

**ORDERED:**

1. The Motion to Determine Secured Status of Claim No. 5 of Ditech Financial LLC (Doc. 20) regarding a **1999 Skyline Concept 2000 modular home** (VIN: **9D630402LA**; Title No: 79416724) ("the Collateral")) is **GRANTED.**

2. The Collateral is determined to have a value of $21,364.26 pursuant to 11 U.S.C. §506.

3. Ditech Financial LLC's claim in regards to the Collateral shall be allowed as a secured claim in the amount of $21,364.26 plus interest at the rate of 5.75% per annum, and the remaining balance of the claim shall be allowed as an unsecured claim.

4. Title shall be released upon payment in full of the secured claim plus interest as provided in paragraph 3, above, and Debtor receiving a Chapter 13 Discharge in this case.

\*Attorney Christopher Mat Hittel is directed to serve this Order on all interested parties and file a proof of service within 3 days of the entry of this Order.