UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  James F. Gordon             Case No.: 8:17-bk-03025-CPM
       Catherine A. Gordon         Chapter 13
       Debtor(s).
_____/

**MOTION FOR REFERRAL
TO MORTGAGE MODIFICATION MEDIATION**

The Debtor(s) request entry of an order referring the Debtors and **MTGLQ Investors, LP** whose mortgage lien encumbers the Debtors' real property located at **12604 Glenna Avenue, Tampa, FL 33635** with a Mortgage Loan Number ending in **2102**, to mortgage modification mediation, and in support states:

1. The Debtors filed this bankruptcy case in an attempt to retain their primary residence.

2. The Debtors would like to modify the terms of the mortgage encumbering their primary residence. The Debtors' income will allow them to contribute as much as 31 percent of their current gross income to payment of their modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

**WHEREFORE,** the Debtors request the entry of an order referring this case to mediation and for such other and further relief the Court deems just and proper.

**DATED** this 25th day of June, 2018.

                                                   /s/ Christopher Mat Hittel
                                                   Christopher Mat Hittel, Esquire
                                                   Fla. Bar No. 0696048
                                                   HITTEL LAW, P.A.
                                                   333 6th Avenue West
                                                   Bradenton, FL 34205
                                                   Phone: (941)746-7777
                                                   Fax: (941) 746-1133
                                                   service@hittellaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following parties via US Mail or ECF electronic notification, as indicated, on this 25th day of June, 2018.

James and Catherine Gordon
12604 Glenna Avenue
Tampa, FL 33635
(Via US Mail)

United States Trustee
(Via ECF Notification)

Jon Waage
Chapter 13 Standing Trustee
(Via ECF Notification)

MTGLQ Investors, LP
c/o Bouavone Amphone, Esq,
RAS Crane, LLC
(Via ECF Notification)

/s/ Christopher Mat Hittel
Christopher Mat Hittel, Esquire